IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ROBERT GRIZZLE,<br>Institutional ID No. 1998719<br><br>Plaintiff,<br><br>v.<br><br>RENE ROBLES, *et al.*,<br><br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 5:22-CV-00132-C |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation regarding Plaintiff's requests for class certification and appointment of counsel in this case. Plaintiff timely filed objections.

The undersigned Senior United States District Judge has conducted an independent, de novo review of the relevant portions of the record in this case and has examined the findings, conclusions, and recommendations of the Magistrate Judge. Plaintiff's objections are **OVERRULED**. The Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

It is therefore **ORDERED** that Plaintiff's requests for class certification and appointment of counsel (Doc. 12) is **DENIED**.

This case will return to the docket of United States Magistrate Judge D. Gordon Bryant, Jr., for continued judicial screening as described in the Order entered July 8, 2022 (Doc. 7).

Dated January 23, 2023.

SAM R. CUMMINGS
Senior United States District Judge